# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMANA, INC.,<br><br>    Defendant. | Case No.  14-cv-04710-BLF<br><br>**ORDER VACATING FEBRUARY 5, 2015 MOTION HEARING** |

In light of the parties' Notice of Settlement filed on January 30, 2015, *see* ECF 21, the motion hearing set for February 5, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge